AO 455(Rev. 2/99) Waiver of Indictment

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA

V.

**JORGE LUIS ARZUAGA**

WAIVER OF INDICTMENT

Case Number: <u>17-CR-313 (PKC)</u>

I, <u>JORGE LUIS ARZUAGA</u>, the above named defendant, who is accused of

*One count of money laundering conspiracy, in violation of 18 U.S.C. § 1956(h)*

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on June 15, 2017 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**Defendant**

**Counsel for Defendant**

**Before:** s/PKC
Judicial Officer