**United States District Court, Eastern District of New York**

| UNITED STATES OF AMERICA | ORDER SETTING CONDITIONS OF RELEASE |
|---|---|
| v. | AND APPEARANCE BOND |
| Jorge Luis Arzuaga, Defendant. | Case Number: 17CR313 (PKC) |

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ BROOKLYN OFFICE ★ JUN 15 2017

### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released subject to the Standard Conditions of Release on the reverse and as follows:
[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or
[X] Upon **Bond** executed by the defendant in the amount of $ 1,500,000 , and
secured by [ ] financially responsible sureties listed below and/or [X] collateral set forth below.

**Additional Conditions of Release** → See attached Rider

The Court finding that release under the Standard Conditions of Release on the reverse will not by themselves reasonably assure the appearance of the defendant and/or the safety of other persons and the community, IT IS FURTHER ORDERED as follows:

[X] 1. The defendant must remain in and may not leave the following areas without Court permission: [ ] New York City; [ ] Long Island, NY; [ ] New York State; [ ] New Jersey; [ ] United States and Puerto Rico and travel to and from this Court and the permitted areas.
[ ] 2. The defendant must avoid all contact with the following persons or entities: _____
[ ] 3. The defendant must avoid and not go to any of the following locations: the District in which he resides .
[X] 4. The defendant must surrender all passports to Pretrial Services by 6/22 and not obtain other passports or international travel documents.
[X] 5. The defendant is placed under the supervision of the Pretrial Services Agency subject to the Special Conditions on the reverse and:
  [X] a. is subject to random visits by a Pretrial Services officer at defendant's residence and/or place of work;
  [X] b. must report [X] as directed by Pretrial Services or [ ] in person ___ times per ___ and/or [ ] by telephone ___ times per ___ .
  [ ] c. must undergo [ ] testing, [ ] evaluation and/or [ ] treatment for substance abuse, including alcoholism, as directed by Pretrial Services.
  [ ] d. must undergo evaluation and treatment for mental health problems, as directed by Pretrial Services.
  [ ] e. is subject to the following location restriction program with location monitoring, as directed by Pretrial Services:
    [ ] home incarceration: restricted to home at all times, except for attorney visits, court appearances and necessary medical treatment;
    [ ] home detention: restricted to home at all times, except for attorney visits, court appearances, medical treatment, [ ] religious services, [ ] employment, [ ] school or training, [ ] other activities approved by Pretrial Services, [ ] _____
    [ ] curfew: restricted to home every day from _____ to _____ , or [ ] as directed by Pretrial Services.
  [ ] Defendant must pay all or part of the cost of any required testing, evaluation, treatment and/or location monitoring with personal funds, based upon ability to pay as determined by the Court and the Pretrial Services Agency, and/ or from available insurance.
[ ] 6. Other Conditions: _____

### APPEARANCE BOND

I, the undersigned defendant, and each surety who signs this bond, acknowledge that I have read this Appearance Bond and, and have either read all the other conditions of release or have had those conditions explained. I further acknowledge that I and my personal representatives, jointly and severally, are bound to pay the United States of America the sum of $ 1,500,000 and that this obligation is secured with the below interest in the following property ("Collateral") which I represent is/are free and clear of liens except as otherwise indicated:

[X] cash deposited in the Registry of the Court in the sum of $ 250,000 to be deposited by July 6, 2017 .
[ ] premises located at: _____ owned by _____
[ ] I also agree to execute a confession of judgment, mortgage or lien in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____ .

Each owner of the above Collateral agrees not to sell the property, allow further claims or encumbrances to be made against it, or do anything to reduce its value while this Appearance Bond is in effect.

*Forfeiture of the Bond.* This Appearance Bond may be forfeited if the defendant fails to comply with any of the conditions set forth above and on the reverse. The defendant and any surety who has signed this form also agree that the court may immediately order the amount of the bond surrendered to the United States, including any security for the bond, if the defendant fails to comply with the above agreement. The court may also order a judgment of forfeiture against the defendant and against each surety for the entire amount of the bond, including any interest and costs.

_____ Date
_____ Signature of Defendant

_____ Address: _____
, Surety

_____ Address: _____
, Surety

_____ Address: _____
, Surety

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release and of the penalties and sanctions set forth on the front and reverse sides of this form.

Release of the Defendant is hereby ordered on June 15, 2017 .

s/PKC
_____ , USDJ

Distribution:    Canary - Court    Pink - Pretrial Services    Goldenrod - Defendant

# Attachment A

The defendant shall continue to live at his current residence in the United States, as approved by the pretrial services office of the Eastern District of New York, and may be supervised by the pretrial services office in the district where he resides.

The defendant shall surrender his passport to the pretrial services office in the district where he resides by June 22, 2017.

The defendant's travel is restricted to the United States and Puerto Rico.

The defendant shall make his best efforts to obtain a form of identification, other than a passport, that will facilitate air travel within the United States and Puerto Rico.

If the defendant is unable to obtain such identification and plans to engage in domestic air travel, he shall make his best efforts to use a letter from pretrial services in place of such identification.

If the defendant is unable to obtain a non-passport form of identification, and he is unable to use a letter from pre-trial services for domestic air travel, without prior court approval the pretrial services office may release the defendant's passport to him for the purpose of domestic air travel, if the defendant provides the pretrial services office with an itinerary in advance.

If the defendant requires his passport in order to engage in a legal or financial transaction, and the defendant provides an explanation of such legal or financial transaction to the pretrial services office in the district where he resides, without prior court approval the pretrial services may release the defendant's passport to him for the purpose of such transaction.