AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 17-cr-313 (PKC) |
| Jorge Luis Arzuaga | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America

Date:   02/06/2018

*Attorney's signature*

Michael P. Grady
*Printed name and bar number*

U.S. Department of Justice
Money Laundering & Asset Recovery Section
1400 New York Avenue, NW
Washington, DC 20005
*Address*

michael.grady@usdoj.gov
*E-mail address*

(202) 305-9164
*Telephone number*

(202) 616-1344
*FAX number*