

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SPN

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 20, 2018

By ECF

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Jorge Arzuaga
              Criminal Docket No. 17-313 (PKC)

Dear Judge Chen:

      The government respectfully requests that the sentencing control date for defendant Jorge Arzuaga, currently set for January 4, 2018, be adjourned for six months. Defense counsel have been consulted and join in this request.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney
      Eastern District of New York

By:    /s/
      Samuel P. Nitze
      Lauren H. Elbert
      M. Kristin Mace
      Keith D. Edelman
      Assistant U.S. Attorneys
      718-254-7000

cc:    Steven Cottreau, Esq. and Alexander Feldman, Esq. (by ECF)
       Clerk of Court (PKC) (by ECF)