

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SPN

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 6, 2019

By ECF

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Jorge Arzuaga
               Criminal Docket No. 17-313 (PKC)

Dear Judge Chen:

      The government respectfully requests that the sentencing control date for defendant Jorge Arzuaga, currently set for June 11, 2019, be adjourned for six months. Defense counsel have been consulted and join in this request.

                                  Respectfully submitted,

                                  RICHARD P. DONOGHUE
                                  United States Attorney
                                  Eastern District of New York

                By:    /s/
                                  Samuel P. Nitze
                                  Lauren H. Elbert
                                  M. Kristin Mace
                                  Keith D. Edelman
                                  Assistant U.S. Attorneys
                                  718-254-7000

cc:    Steven Cottreau, Esq. and Alexander Feldman, Esq. (by ECF)
        Clerk of Court (PKC) (by ECF)