

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SPN

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 13, 2020

<u>By ECF</u>

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Jorge Arzuaga
              <u>Criminal Docket No. 17-313 (PKC)</u>

Dear Judge Chen:

      The government respectfully requests that the sentencing date for defendant Jorge Arzuaga, currently set for July 15, 2020, be adjourned until October 7, 2020, at noon, a date and time the parties understand is convenient for the Court. Defense counsel has been consulted and joins in this request.

      Respectfully submitted,

      SETH D. DUCHARME
      Acting United States Attorney
      Eastern District of New York

By:    /s/
      Samuel P. Nitze
      Lauren H. Elbert
      M. Kristin Mace
      Keith D. Edelman
      Assistant U.S. Attorneys
      718-254-7000

cc:    Steven Cottreau, Esq. (by ECF)
       Clerk of Court (PKC) (by ECF)