

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SPN

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 21, 2020

<u>By ECF</u>

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Jorge Arzuaga
                Criminal Docket No. 17-313 (PKC)

Dear Judge Chen:

      The government respectfully requests that the sentencing date for defendant Jorge Arzuaga, currently set for October 7, 2020, be adjourned to 2 p.m. on November 12, 2020, a date and time the parties understand is convenient for the Court.  Defense counsel has been consulted and consents to this request.

                                     Respectfully submitted,

                                       SETH D. DuCHARME
                                       Acting United States Attorney
                                       Eastern District of New York

                        By:    /s/
                              Samuel P. Nitze
                              Lauren H. Elbert
                              M. Kristin Mace
                              Keith D. Edelman
                              Assistant U.S. Attorneys
                              718-254-7000

cc:     Steven Cottreau, Esq. (by ECF)
         Clerk of Court (PKC) (by ECF)