**EXHIBIT C**

Waleska Arzuaga ███████

Buenos Aires, Argentina ██████
Tel. 00549████████
████████@gmail.com

October 30, 2020

### RE: Jorge L. Arzuaga, No. 1:17-cr-313

Dear Honorable Pamela Chen:

My name is Waleska Arzuaga. I am married to Jorge L. Arzuaga. As his sentencing approaches, I am reaching out to you to ask for clemency for Jorge.

██████████████████████████████████
██████████████████████████████████
█████████████████████████████ My daughter was 14 at the time these events happened. She missed him at her 15 years of age celebration, a celebration that is very important in our culture. During her teenage years, she saw her father very few times. He missed her high school graduation, birthdays, and holiday celebrations. The whole situation was traumatic for all.

Recently, ████████████████████████████████
████████████████████████████████ I am certain that the way he has lived all these years—unable be with his loved ones, unable to work, living in the uncertainty—and the stress took a toll on him. ███ ████████████████████
███

██████████████████████████████ Jorge is a good person, and was a great husband and father. He worries constantly about me and his children even though they are adults now. It is in his character to worry. Before this event with Fifa, Jorge had made a great career as a banker. He worked hard, climbing the ladder of success to become outstanding in his field.

What Jorge did was wrong. He knows it, and he is regretful and ashamed of it. He has paid dearly for this, but we all make mistakes. This experience has changed him to become a better person, to live an experience of serving and helping other human beings. This time that he has been away from us has also helped him to see the reality of others less fortunate, and it has raised a sense of giving and caring in him.

1

Escaneado con CamScanner

Your honor, I do hope that what I have expressed in this letter will be taken into consideration. I am kindly asking you to give clemency to Jorge. He is a changed and better man who did something wrong and has repented. ██████████████████████████████████
██████

Sincerely,

Waleska Arzuaga

2

Escaneado con CamScanner

Eleonora G. Arzuaga

█████████████

Buenos Aires, Argentina ████

Tel: 00549████████

Mail: █████████@gmail.com

October 30, 2020

RE: Jorge Arzuaga, No. 1:17-cr-313

Dear Honorable Pamela Chen:

I understand that soon will come the time when my dad will be sentenced. It's a moment of many feelings but, above all, nerves and anguish.

███████████████████████████████████████████████████████████████████

I was 14 years old at the time in 2015. I spent the last years hurt by not being able to have my father present in my life. So many moments passed and I strongly desired to be able to share them with him. What made me feel even more sad was seeing how someone I loved so much was suffering the way that he was. I was only able to see him sometimes, but it was in those moments that I could see his sadness and loneliness, which would worsen when I had to leave. I could tell he appreciated every second of the time that I could see him, but when it ended, everything went back to the same.

I turned 15 without my father. That was actually the most important year in my adolescence because in my culture we have a big celebration (my Quinceañera), and it is one of the most important moments in an Argentine girl's life. It was very sad news to know he wasn't going to be able to be present at that moment. At the time, I wasn't aware that this celebration was the first of so many other moments without him, both happy and sad, but, in the end, moments I would have liked to have shared with my father at home. My graduation, my college years, every birthday and Christmas--all that I could only share with him through a brief phone call. These are only some of the many times when I missed him deeply.

The hardest part, however, was knowing that my father was spending these moments alone. The USA is a beautiful country, but I could tell that his only desire (and I believe anyone's desire) was to be with the people he cares about, not completely alone and far from home. I hope I never have to be in his shoes. I know in my heart that these were the hardest years of his life. I just want it to finally be over and to be able to see him again.

1

Escaneado con CamScanner

To conclude, I am asking for clemency for my father who has made mistakes, and suffered deeply in consequence.  In my heart, I know he has truly repented and has changed for good. Anybody who knew him before and after this event knows that he is not the same person and that he has lived a nightmare for many years (I know time hasn't made it easier), and I believe those years to be a lot of punishment for such a good person with such a big heart (flawed like all of us but good in heart).

Sincerely,

Eleonora G Arzuaga

2

Escaneado con CamScanner

29/09/2020

Honorable Pamela Chen

Your Honor:

I'm hoping I'll be able to put into words how hard these past years have been, not only for me but for my family as well. During the last 5 years I haven't been able to share valuable moments with my father.  I fortunately had the chance to visit him once a year, but there's a whole lot of my life I was not able to live through with him.

I've always considered myself as a very positive person. Always trying to see the silver lining in things, and what happened to our family isn't the exception. I was able to see what a strong and extraordinary man my father is, how he humbled himself and used his time to start making a difference in people's lives.

By getting involved with the local church in New Orleans he was able to give a hand to people in need, helping out preparing meals for the homeless, teaching Spanish and even helping improve the writing and reading skills in English. I feel blessed I was able not only to witness but also to participate in his activities. When I have visited him, it became part of our activities together.

This attitude towards society has been something I've been taught since I was a child by my mother and father, but in these last years I find myself much more involved in helping activities here in Argentina by collecting donations, preparing meals with other friends and handing them out during winter time. These are traits I have been re-encouraged by my father over this past time.

I have personally been very worried with my dad's health these years, and the past event ▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ really made me crumble. ▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇ but mostly because he had to go through it alone, without his family to take care and comfort him. The World situation, with the pandemic, only made everything worse.

I truly hope this letter is taken into consideration at the time of sentencing, since my father truly is a good person who has been apart from his family for too long.

Sincerely,

Facundo Arzuaga

**Sebastian Arzuaga**
███████████
Buenos Aires, Argentina
Email: ██████████@hotmail.com

October 29, 2020

RE: Jorge L. Arzuaga, No. 1:17-cr-313

Dear Honorable Pamela Chen:

First of all, I would like to introduce myself. We have never met, but in these five years I have had to get to know the legal system where my father is in the United States. My name is Sebastian Arzuaga. My father, Jorge L. Arzuaga, is going to be sentenced this November in your court. I'm the oldest of his two sons, and then there's my little sister. I'm 31 years old and live and work here in Argentina, our country.

I can't imagine what it is like to live away from home for 5 years.  A few months ago, I left Argentina for four months, and I can confirm that there is nothing like your own home, city and country. This May, my father, who I had not seen since October 2019, ██████████ and I went to the United States in his aid. We speak on the phone mostly, and that day, when I received a phone call from a friend of his, something wasn't right. At the time, I was in quarantine in Argentina.  Despite the risks of coming to the States in May in the peak of COVID-19 cases, I came because my father was alone. It took me a week and two days to get to New Orleans. █
████████████████████████████████████████
████████████████████████ The only thing I kept thinking was that this had changed everything, and that he had to be back home with his family.

I was in the United States by my father's side for four months, and I came back to Argentina in September. I was so glad to return. I kept saying to my father that I couldn't believe the effort of being away from loved ones and places, and even your language. If you have ever been to a non-English speaking country for some time, and you couldn't express yourself and your ideas with precision, you would know that it feels like a prison as it is.  My father has been in that situation in the United States for 5 years.

In that time, my father hasn't let those things stop him from giving back to the community that adopted him in a certain way. He became a Christian and started helping in the church where he spends his time helping with everything he can. I have gotten to know some of these people, who with the pass of the years became his friends, and they all tell me how my father connected with them and helped them in various ways.  I'm not surprised. I'm sure those relationships will last forever, but I also know my father has his old relationships back in Argentina too.

1

Escaneado con CamScanner

I tell you this things because now that this whole thing is coming to an end, looking back to the date this all started, I can see the long journey my father has traveled and what he has become. Now, I think of all the things he can do from here on once this is over for him. It would mean the world to me to have my father back in Argentina, not only because of the fear that something like what happened on May could happen again, but also for the good things he can do for his own community back with us.

Thank you for your attention.

Sincerely,

Sebastian Arzuaga

2

Escaneado con CamScanner

The Honorable Pamela K. Chan
Re: Jorge Arzuaga

Your Honor:

My name is Bernardine Porche Dupre and I am a widower with one daughter.
I am writing this letter on the behalf of Jorge Arzuaga.

I retired from the Louisiana Department of Labor April, 2016 after serving for 48 years in various capacities. I started out as a placement interviewer and worked my way up the Civil Service ladder with promotions to various supervisor positions, manager positions, and Regional Director. As Regional Director I oversaw Unemployment Offices, Job Placement Offices and Workforce Development Offices for 8 parishes in Louisiana. My last position was as Program Advisor for the Incumbent Workers Training Program. This program awarded grants to companies seeking to train their workforce. It was my responsible to read and rate request for funding and make recommendation for funding. Once grants were awarded, I had to monitor their progress.
All of my positions required me to follow City, Parish, State and Federal guidelines.

I attend St. Joseph's Catholic Church in New Orleans Louisiana. It is there in June 2016 that I met Jorge doing volunteer work painting and restoring the outside of the Church. I also got to know him better when I began to volunteer at the Rebuild Center at St. Joseph. The Rebuild Center serves the need of the poor and the homeless population. The Center provides a place of refuge for the homeless. There they can take showers, use bathrooms, get medical care, use telephones, receive mail etc.  It is like a self contained city. He and I worked the kitchen prepping bread and desserts to serve at lunch time. We also packaged and serve lunch to the homeless at the Center.

We got to talk and learned more about each other. I was surprised that someone with his educational background and work history would be willing to take on this lowly task. He would say that he was a different person no longer interested in the material things in life. He told me to goggle him to find out more about him.  I opted not to since he had turned his life around and had truly found God. He had found happiness in God and preferred to live a simple life. He appeared to be a humble man of God.

Jorge would go out into the courtyard to listen to the concerns and problems of with the homeless especially with the Hispanic population that could not fully understand English. At his own expense, he would take them to doctors and advocate for them. Jorge on the weekend could be found under the Interstate Bridge drinking coffee with the homeless.

Jorge is also a member of the Vincentian Lay Missionary (VLM) at St. Joseph's Church. The mission of this group is to seek out and service the poor. The virtues that a missioner exhibits are Simplicity, Humility, Gentleness, Mortification and Zeal. Jorge has all of these virtues.

Jorge is a wonderful friend and teacher. He is truly concerned about all of his fellow men. I know that Jorge is not a threat to anyone. He is gentle, kind and trustworthy. I am proud to call him my friend and fellow Christian.

If you are in need of anymore information please contact me at 504-251-9522.
Thank you for your time in reading this letter.

Sincerely,

Bernardine P. Dupre

The Honorable Pamela K. Chen
Re: Mr. Jorge Arzuaga
Date: September 24, 2020

Your honor,

My name is Beth Monahan. I am the kitchen manager for the Lantern Light Ministry (part of a larger complex known as the Rebuild Center) in New Orleans, La.  Prior to taking this position in 2016, I worked for 30 years as a research scientist with Corning Inc. in Corning, NY. I retired from Corning Inc. in 2009.

I met Jorge Arzuaga at the center shortly after I took the position. From the beginning, it was clear that Jorge was deeply repentant about something he had done, but I didn't know what it was until he asked me if I would write this letter. The Jorge Arzuaga described in the media is not the man I know. The Jorge I know is a man who is deeply committed to helping the less fortunate and who is patient, understanding, respectful, and kind.

The Jorge I know displays an incredible amount of patience and compassion when dealing with the non-English speaking guests of the center. He helps them get health care appointments then he accompanies those guests to the appointments where he acts as an interpreter. Very often, he pays for their transportation as Jorge does not own a car.

Jorge also spends a considerable amount of time in the kitchen helping to serve as many as 400 meals a day. Often he has the task of maintaining order in the courtyard during the distribution of the meals which sometimes can be difficult when dealing with hundreds of hungry people. Jorge is able to calmly and yet equitably defuse many situations as he has earned the respect and gratitude of the many guests of the center.

In addition to his work at the Center, Jorge has spent innumerable hours working for St. Joseph's Catholic Church. He spent months painting the alcove of the church working on scaffolding 45 feet in the air. He spent weeks painting the trim around the windows and doors of the church, and also spent weeks painting new lines and numbers for parking spaces in the parking lot. All of this was done in the blazing hot, humid New Orleans weather. It appeared that he considered this grueling work to be a penance for his past.

Jorge continues to look for ways to improve the lives of the less fortunate. His latest project is teaching bicycle repair and as part of this endeavor, he is providing the students with their own bikes. Not only does his class teach the students a practical skill, it gives them a sense of pride and purpose, and ultimately provides them with a means of transportation.

Your honor, please consider the man that Jorge Arzuaga is today when determining a sentence for him. He truly is a kind, considerate, compassionate man who is deeply committed to a life of service to the less fortunate. I feel so blessed to have met this man and to call this man my friend.

Yours truly,

Beth C. Monahan

Honorary Judge Pamela Chen
Re: Mr. Jorge Arzuaga
Date: September 30, 2020

Your Honor,

My name is Brother Sean Whitty CFC. I am and have been for over 40 years a member of the Congregation of Christian Brothers in North America. Our Congregation is an international Roman Catholic order of religious Brothers who teach the poor in many countries.

I was ministering in New Orleans for two years from 2015-17 at the Rebuild Center serving daily breakfast and lunch to over 200 homeless people. It was there that I met Jorge who was also a volunteer. Over the course of the two years we became close friends and shared our life journeys over many cups of coffee. I can say without hesitation that this man, like St. Paul, experienced a major conversion and transformation in his life. In his brutal honesty and openness he shared his past and how he wanted to become a new man and really make a difference in the world. In order to do this he began to serve the poor and homeless at the Rebuild Center and at St. Joseph's Catholic Church on the same property.

During the course of the two years he earnestly desired to become a Roman Catholic and began the year long preparation and instruction. I was privileged to become his sponsor for entrance into the Catholic Church and his spiritual companion during that journey. In that role as guide I came to know on a personal level the goodness, generosity, sensitivity and love that this man has in his heart. He did indeed face head on his past life and has continued to work through the guilt, shame and anxiety that the past had caused him. Over the time that I have known him, he has inspired, challenged and encouraged me to become a better Christian Brother.

As a Christian and a Religious Brother, I believe in the power of God's grace to transform and change hearts and I truly believe that God's grace and power have worked its effect on Jorge Arzuaga. He is a decent honest person with a generous and huge heart which I am sure he will use to help disadvantaged men and women wherever he finds himself in the future.
Your Honor, I can say without a shred of doubt that this man, Jorge Arzuaga, is no threat or danger to any human being on this earth. He has passed through the death of his past to a new life of service and generosity to the less fortunate ones in our country.

With every good wish and blessing, I remain,

*Br. F.S. Whitty*

Brother F.S. Whitty CFC
914-391-7365

Honorary Judge Pamela Chen
Re: Jorge Luis Arzuaga

Your Honor,

My name is David Jung Nelson. I am a roofer by trade and know Jorge from St. Joseph Catholic church in New Orleans, where I am a parishioner. Before I was formally introduced to Jorge, I often observed him from a distance, and found myself somewhat envious of this humble individual who seemed so generous with his time, especially with regards to helping the needy. When I found out, he had single-handedly painted the massive foyer of the church I was in awe.

Eventually, I was fortunate enough to attend a weekend retreat with Mr. Arzuaga. It was there that we bonded, and there that Jorge shared his story of regret with me. I thought of my own mountain of mistakes, and knew in my heart that this man was truly sorry for his.

Your Honor, it is my humble request that you grant Jorge Luis Arzuaga leniency, consider his genuine conversion, and allow him to continue to walk in this righteous path serving the poor and needy in the Parish of St. Joseph.

Respectfully,

David J. Nelson

Vincentian Fathers
### St. Joseph Church
1802 Tulane Avenue
New Orleans, LA 70112
Phone (504) 522-3186
FAX (504) 522-3171
www.stjosephchurch-no.org

Honorary Judge Pamela Chen
Re: Mr. Jorge Arzuaga
March 19, 2020

You Honor,

My name is Fr. Tom Stehlik, CM. I have been a member of the Congregation of the Mission, founded by St. Vincent de Paul, since 1989. I was assigned Pastor of St. Joseph Church in 2011 and am the President of the Rebuild Center, a service to the homeless and poor which has hundreds of volunteers and serves over 1000 visitors each month here in New Orleans.

This letter is written on behalf of **Jorge Arzuaga** who is a member of St. Joseph Church and a volunteer at the Rebuild Center since 2016. I met Jorge in his first weeks in New Orleans when he was volunteering his service at the Rebuild Center. I invited him to accompany me on a retreat that I was leading some seven hours away in North Little Rock. He eagerly agreed. On the trip he told me his story, we became friends, and he began quite a journey of conversion, which was celebrated in his joining the Catholic Church at the Easter Vigil in 2017. He attends Sunday Mass regularly, meets to support others weekly at our Small Faith Community gatherings, and offers his service throughout the week.

Whenever invited to help at the Rebuild Center, the Hispanic Apostolate in nearby Metairie, the Woman and Children's Shelter-Hotel Hope, and other events and needs, Jorge is always *willing* and *available*. He demonstrates a real commitment to help others, by his presence, listening, and service. He is a great witness of conversion, faith and humility. He shared his story with the men on the last two annual retreats and all who attended were humbled by his openness and honesty.

Jorge is respectful of others. He has shown incredible compassion for others accompanying them to doctor's visits and helping them in no small ways to work their way through different systems that provide assistance to those with limited resources. He has done painting renovation work as a volunteer, assisted in the Church mural restoration by assembling scaffolding and has offered his services as a translator to people who lack abilities in Spanish. He speaks English, Spanish, French, German and Italian.

I implore you to consider that since he has resided in the United States to deal with his case and await his sentencing, Jorge has been an incredible asset to our community and country and has made a real contribution to the community, having offered many months of service in reparation for any wrongs he may have done in the past and for any costs he may have incurred in court due to his case.

Thank you for your attention in the matter. I pray that God will guide you to do what is just and merciful.

Sincerely,

*Fr. Tom Stehlik, cm +*

Fr. Tom Stehlik, CM, pastor

Honorary Judge Pamela Chen
Re:  Mr. Jorge Arzuaga

March 11, 2020

Your Honor,

My name is Gina Fulton, and I am currently employed for my 10th year in the office at St. Joseph Catholic Church, 1802 Tulane Ave., New Orleans, Louisiana.  I was 18 when I started working full time, and am now a young 70.  Prior to St. Joseph Church, I was employed by the Jesuits for 15 years.  And before that I worked in the accounting department for 25+ years, the last 15 years as a supervisor in accounts receivable.  I was then laid off by choice due to a relocation that would move me out of state.

I met Jorge Arzuaga at SJ Church in December, 2015.  I was the receptionist at the time.  He expressed wanting to do volunteer work for the church, and our Vincentian priest invited him to join him with others in a men's retreat.  Jorge chose to accept and soon after the retreat he became part of the faith community known as the Vincentian Lay Missioners.   Our commitment and mission of the VLM is to serve others in need without cost, especially the homeless and marginalized.

Since I've known Jorge, he continually serves as a dedicated volunteer at the Rebuild Center, which is a day shelter collaborative of 3 non-profits working with our church.  It is located on the church property, and it provides comprehensive services for the needy in our area.

Jorge is spiritual, compassionate, generous and self-giving to the homeless, who frequent the center throughout the week.  His devotion

to those less fortunate without any hesitation has been an inspiration to me. He has taken many under his wing. He gives his time, talents, free labor and financial aid when needed.

Jorge has also done volunteer work at our church on a regular basis, and continues to do so.
In 2017, I was privileged and humbled when he asked me to be his sponsor on his decision to convert to Catholicism. He is now an active member of a faith community group at St. Joseph Church.  We are Vincentian Lay Missioners who meet once a week to share our faith and are committed to do kind acts by sharing ourselves to those in need.

Jorge can easily be taken advantage of, since he would do most anything that is asked of him without wanting recognition or any sort of payment.

I don't know what his life was like before meeting him, but I believe he is honest, personable, even-tempered, kind, generous, sincere, compassionate and committed.

I would like him to be able to stay in New Orleans, but also to be able to travel overseas, which can be so enrichening.  I have gone on 8 Catholic pilgrimages abroad over the last 6 years in hopes that he would be able to join our group.  Since he is the father of 3 young adults, who live outside of the US, it would be a blessing if he could visit them as well.  I have also met his daughter and 2 sons on several occasions, and can feel the genuine love and respect among them.

Please consider giving some leniency to allow Jorge to continue his good works with those who are less fortunate, especially in New Orleans, and may you also grant him the freedom to travel wherever the Lord may lead him.

Sincerely,

*Gina Fulton*

Gina Fulton

█████████████████

New Orleans, Louisiana ███████

504-522-3186  (daytime)

JANA D. FOGLEMAN

METAIRIE, LOUISIANA
504.858.8523

6/15/20

Honorary Judge Pamela Chen
Re: Jorge Arzuaga
Date: June 10, 2020

Your Honor,

It has been almost one year since my last letter regarding Jorge Arzuaga. Jorge's sentencing date is quickly approaching and I would like to take this opportunity to make one last appeal for leniency on his behalf.

I am sure you are aware of Jorge's recent

Jorge is actively working on regaining his strength and stamina to return to his volunteer position at The Rebuild Center where he has been dearly missed. I wish you could see more than the words on this paper and witness yourself Jorge working with the homeless. He is the brightest light to each and every person he encounters and has given hope to so many in their times of hardship. As a lifelong New Orleanian, I have served on many non-profit boards and I have never met a more committed, passionate and caring man than Jorge. In the five years he has been here he has done more for the marginalized in New Orleans than anyone I know. His past transgressions have resulted in a priceless gift that is being paid forward, literally seven days a week.

In closing, with utmost humility, I ask again for your consideration for the least possible sentence in order to allow him the opportunity to continue to volunteer as a repayment for his past transgressions.

With sincere gratitude,

Jana Fogleman

Jana Fogleman

JANA D. FOGLEMAN
METAIRIE, LOUISIANA
504.858.8523

Honorary Judge Pamela Chen
Re: Jorge Arzuaga
Date: July 1, 2019

Your Honor,

My name is Jana Fogleman. I would like to start by sharing a bit about myself. My husband and I have been happily married for 36 years. We have of two successful adult children. My husband is an attorney and I am a retired Speech/Language Pathologist who embarked on a second career. I am currently working full time as Community Outreach and Partnership Coordinator at a private Catholic school in New Orleans. During my five year tenure I have partnered with 122 organizations and individual partners that share a common mission, vision and value to ours. Three of those partners are St. Joseph Church, the Harry Tompson Center and Lantern Light- the latter two are referred to as the Rebuild Center. These two non-profit organizations provide support services for the underserved and marginalized in our community. It was at the Rebuild Center and St. Joseph Church where I met and have gotten to know Jorge.

Over the past three years I have witnessed Jorge truly live out a life of humility and service. He is a tireless volunteer at St. Joseph, the Rebuild Center and the Red Cross. Jorge and I attend the same Mass on Sunday and are occasionally in the same group at our Vincentian Lay Missioners (VLM) group. The VLM meetings are faith sharing meetings. During visits after Mass or before or after VLM our friendship grew. We have met for coffee several times and it was one morning at coffee that he shared his past with me. He explained that he was indicted and pled guilty in a soccer corruption case. He explained that the situation was very complicated and that he very much regretted his involvement in it. He bore his soul as he told me that this situation had changed his life forever. He admitted to me that he was ashamed and regretful for his actions and decisions. Jorge's past was initially unbelievable given the man I know today.

After reflecting for over the last month or so of Jorge's past life, the numerous media articles I have read, and the man I know today, I decided to write this letter. My reflections follow: I truly believe that one past mistake should not define someone's future. I believe in forgiveness for someone who is beyond sorry for his decisions. The man that is described by the media is not the man that I know today. I have learned in my sixty years on this earth that there are no perfect people. I understand that people are motivated and make decisions for many different reasons that may be regretful. I saw and felt his pain when he told me his story. Jorge has suffered the loss of his career, his family and the life he once knew and has suffered tremendously for his past mistake. The silver lining in my opinion is that he has gained so much because of it. He leads a very simple but fulfilling life over the last several years. Many who have been blessed to know him call him friend and I don't use that word lightly. He has brought joy and help to so many.

The man I have grown to know and respect is compassionate and humble. I ask that you invoke the most lenient sentence possible to allow Jorge to continue to serve others and to be reunited with family. I will forever consider him a very dear friend.

With gratitude,

*Jana Fogleman*
Jana Fogleman



Lieutenant Commander Leo Danaher
United States Coast Guard, Eighth District
500 Poydras Street, New Orleans, LA 70130
504-671-2100

The Honorable Pamela K. Chen
United States District Judge

Your Honor,

My name is Leo Danaher and I am Lieutenant Commander in the United States Coast Guard, currently assigned to the Eighth District Command Center in New Orleans, LA. I am veteran of Operation ENDURING FREEDOM was recently the Executive Officer of the rescue boat station in New York, NY. Jorge Arzuaga was my neighbor in New Orleans prior to a local move, but we remain friends through our local Catholic parish at Saint Joseph.

Jorge is a one of the champion volunteers at our parish homeless shelter known as the Rebuild Center. Sadly, New Orleans has a growing population of homeless, but Jorge contributes a tremendous daily effort to assist those in need with hot food, laundry, and a chance to start over. Recently he escorted a homeless member of our parish to the local Veterans Affairs hospital and assisted in arranging an important surgery. Without Jorge's gentle spirit to guide this member, he was too ashamed to enter the hospital alone.

Starting over is something starkly familiar to Jorge. He has made mistakes in the past and has altered his ethos and lifestyle to support his parish, friends, and most importantly, those in dire straits. In the Fall of 2017 I attended a men's retreat at Saint Joseph parish and Jorge was my sponsor. At the time, I was undergoing some personal struggles, but the experience of the retreat and more importantly Jorge's nurturing attitude helped me prevail through the difficult experience.

Jorge understands the consequences of his actions and his transformation as a citizen and Christian in New Orleans is not to score points or take advantage of shortcuts. The veil has been lifted from Jorge and he pours his unconditional heart into enriching this community and this nation. I am proud to know him and pray that more people take note of his energy and attitude.

When the time arrives for you to make a decision your Honor, please consider the sacrifices Jorge is making for our community in New Orleans. He is presently making a difference in the lives of many and will never regress to the life he led before.

Sincerely,

Leo T. Danaher

Elizabeth A. Ackal

New Orleans, La ███
kaco63@gmail.com

28 October 2020
Honorable Pamela K. Chen
U.S. District Court Judge
United States District Court

Dear Judge Chen,

**I am the one that saved Jorge Arzuaga's life. Literally**

*This letter supplements a previous letter that I wrote some time ago.*

Every day, for the past 5 years, Jorge has performed extraordinary volunteer work with the homeless at the Harry Thompson Rebuild Center. Over time he has become a devoted Vincentian Lay Minister and a Eucharistic Minister at St. Joseph Church. He also helps the clergy, nuns, and parishioners with any assistance they may need. I am so impressed by his work that I began documenting it.

On the morning of May 1, 2020, Jorge Arzuaga rode his bike, his only form of transportation, to the church. We met at a nearby park at midday, and shortly after, ███ ███████████████████ I was the only person with him at the time. Later, ███████
███████████████████████████████████████

The past several years have been emotionally grueling for this man. Normally very fit (he is an ultra marathoner) Jorge has worked tirelessly and selflessly awaiting his sentence. I have created several hard-bound books of Jorge at work, and the many people whose lives he touched throughout his time in New Orleans. One of those books was sent to Jorge's lawyers to be filed with the court.

I am hopeful that you have the opportunity to meet Jorge Arzuaga and scroll through the book. He is a remarkable person and I hope you will take that into consideration as you rule on his case.

Sincerely,

Elizabeth A. Ackal

Honorary Judge Pamela Chen,
Re.: Jorge Luis Arzuaga

Your Honor,

My name is Elizabeth Ackal. I am a real estate agent in the New Orleans area.
I came to know Jorge L. Arzuaga in February 2016. We came across while walking along. I
immediately realized that he was not a local.

Over the coming weeks, I met with Jorge several times and came to know that he was working
as a fulltime volunteer at a very well-known place here in New Orleans called The Rebuild
Center.  The Rebuild Center is a day shelter for hundreds of homeless individuals, where food is
served twice a day. The Rebuild Center functions at St. Joseph's Catholic Church's premises.

Thanks to Jorge's inspiration, I am now very much involved with St. Joseph's Church. I have seen
all the work that Jorge does at the Church. He undertook the painting of the front porch, which
he did by himself. St. Joseph's Church is the biggest church and its entrance porch is a massive
wall and ceiling 45 ft. high and at least, 60 ft. wide. It took him about four months to paint it,
while still volunteering at the Rebuild Center in the morning till midday.

Jorge also became a Vincentian Lay Missionary. The VLM's are non-religious individuals who
have committed themselves to follow the teachings of St. Vincent de Paul, a French Catholic
monk of the eighteenth century.

Jorge has not only inspired me. He has inspired lots of people who witness his daily efforts to
help the needy, especially the Hispanic community, sometime unfairly persecuted, abused and
taken advantage of. I have even helped Jorge, along with other fellow parishioners at St.
Joseph, from time to time, to take homeless people to the doctor for appointments. Jorge does
not drive a car, although it is very inspiring to see him ride his bicycle regardless of the weather.

Although Jorge does not talk about his "past life", it does not come unnoticed that Jorge has
experienced a huge transformation in his recent past. It goes without saying that the fact that
he is alone in New Orleans, with no family and no past ties is a matter of curiosity and the very
few that know his last name have been tempted to google his name. I have done so. At 56, I do
not give one hundred percent credit to everything that I read in the news, but Jorge has
confirmed to me that, at least part of it, is true.

Jorge in certainly a very different person than the one described in the media and although I
can see his sadness and struggle, I can also see the good he has done and the many lives he has
touched with his kindness.

As a true Christian and American, I am a firm believer in the power of goodness, mercy and
compassion. I can see in Jorge the search for redemption and the search for a meaning in life, a
meaning that I trust he has found now.

Jail-time and deportation are, as I understand them, forms or punishment for people that constitute a liability to society. Jorge is, in my view and the view of many, certainly an asset.

Your Honor, I hereby beg you to consider leniency when the time comes to sentence Jorge. Please, allow him to continue his good work that so much hope has brought to many people in New Orleans.

Yours truly,

Elizabeth Cook

If you need more information on the activities and the scope of good work being done at the Rebuild Center, you can go to www.lanternlight.org.

CONGREGATION OF THE SISTERS OF THE HOLY FAITH

███████████ New Orleans, LA ███████

November, 2020

The Honorable Pamela K. Chen,

My name is Mary Pauline O'Reilly. I am a member of the above Congregration which is a Catholic Religious Order. I am a retired teacher who came to New Orleans to volunteer at a day center for the poor and homeless, known as the "Rebuild Center." The center caters for over two hundred and sixty guests a day and offers many services.

I first met Jorge when he came to offer his services at the Center, approximately five years ago. He not only helps in the kitchen he also spends time among the guests listening to their stories. The Spanish speaking guests are delighted to have someone who speaks their language. He has helped these guests through many difficulties. He even attends their appointments with doctors and visits them in hospital when needed.

The church building next to the Rebuild Center, badly needed some painting done on the huge porch ceiling and walls. Jorge spent his spare time during extremely hot weather painting the porch. He was also responsible for redoing the floors of this huge church. Jorge joined the Catholic Church during Easter services in 2018. He is a faithful and valued member, well liked by so many of the parishioners. Last May, when the news broke that Jorge had ███████████████ every one was so shocked. Many turned up at church to pray for his recovery.

Jorge is a great asset to the guests and volunteers at the Rebuild Center. He always has a bright smile for guests and volunteers alike. We are all so lucky to have such a kind and gracious man as Jorge in our lives.

Sincerely,
Mary Pauline O'Reilly C.H.F.
Mary Pauline O'Reilly, C.H.F.

CONGREGRATION OF THE SISTERS OF THE HOLY FAITH

██████ New Orleans, LA ██████

November,  2020

The Honorable Pamela K. Chen,

I am Nancy Anne Hale and I am a Catholic sister in the above named congregration.  I am a retired high school teacher.  I came to New Orleans from California to volunteer at the Rebuild Center.  This is a day center for poor and homeless people who need a safe place to spend their day and to avail of the services offered.  The center services as many as 250 guests a day.

I have known Jorge for a little over five years.  He is wonderful and open to the guests.  Our Spanish guests are always so glad to see him around and they feel so free in their conversations with him.  He has accompanied them, when asked, to doctors appointments.  One Spanish guest had to have major eye surgery and Jorge was with him every step of the way.  Jorge is so committed to these guests, through his kindness, honesty and sense of justice.  He has done a lot of painting in our local church which was so badly needed.

At Easter 2018, Jorge became a member of the Catholic Church.  He is such a great addition to our community.  He is always so kind and helpful to both guests and volunteers. Many people were so upset when they learned that this kind and generous man had ██████████████ on May1, 2020.  Jorge coming to the Rebuild Center as a volunteer had made such a difference in the lives of so many and all those people prayed for his recovery.  Even during Covid19 Jorge turned up to help outside the Center when help was so badly needed.

Thank you for reading my letter and I hope you see how important Jorge is to so many.

Sincerely,
*Nancy Hale, C. H. F.*
Nancy Anne Hale, C.H.F

# PETER J. ABADIE

New Orleans, Louisiana ████

Attorney-at-Law

E – Mail: peterabadie@hotmail.com

Telephone (504) 432-3401

October 14, 2020

Honorable Pamela K. Chen
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    U.S. v. Jorge Luis Arzuaga

Dear Judge Chen:

I am a lawyer who practiced for the last fifty-six years in Louisiana and adjacent states. My practice was primarily in the federal courts.

Over a year ago, I was introduced to Jorge Luis Arzuaga and since that time I have had an ongoing friendship with him. On numerous occasions I have observed his demeanor with other people and his willingness to accommodate them. Jorge is a religious man, who has dedicated his time in New Orleans to helping people less fortunate than he, and does so without one complaint.

I have spoken to Jorge about his guilty plea and his impending sentence, whereby Your Honor will be judging him for actions he took in 2014 at a bank in Zurich, Switzerland. Obviously I have minimal knowledge of what laws he violated, except for what I have read on the internet.

The man I have come to know is certainly no threat to others in any way; either physically or financially. I am recommending Jorge Arzuaga for leniency as one who deserves a second chance at life. Certainly not because he is my friend, but because his behavior since committing his crime has earned him a second chance. My understanding is that he has pledged to pay over a million dollars in retribution. Incarceration, while well-deserved for some, was not designed for him. Jorge has more than paid his debt to society and he should be allowed to continue the good work I have observed him doing.

Very truly yours,

Peter J. Abadie

# Sandra L. Stokes

███████████

New Orleans, LA ██████

(225) 445-3800


October 1, 2020

The Honorable Pamela K. Chen
U.S. District Court
Easter District of new York
225 Cadman Plaza East
Brooklyn, New York, 11201

Re:  Mr. Jorge Arzuaga

Dear Judge Chen:

I was born in New Orleans, and returned approximately eleven years ago to commit myself to community work after the levee breaches following Katrina flooded New Orleans.  I am the former president of Louisiana Landmarks Society, a local non-profit preservation organization dedicated to preserving and protecting the culture and architecture that make New Orleans so special.  I currently serve as their Chair of Advocacy, working on a daily basis in the community.  I've had the pleasure of knowing Jorge Arzuaga for over four years.  In that time, I have only known him to be a generous man, who spends the majority of his time engaged with his church and volunteering to help the underserved population.  I respect and admire his work and dedication.

Basically a loner, Jorge is humble in his demeanor, his needs, and his accomplishments.  He is clearly a good guy, a generous spirit – always giving freely of himself.  Jorge has found his place in his religion, his church and his community.  He has proven himself to be an energetic and tireless volunteer, working with the homeless population through his church community. Faithful, hardworking, reliable, and honest – he dedicates his efforts to improve other's walk in life.  I am inspired by his work – as he tries to right the world around him.

Jorge is gentle, caring and continually works to affect good in his corner of the world every day.  His presence in New Orleans has had such a positive effect on so many. I've witness his commitment to his friendships as well as his generosity.  I've seen him step up for friends in times of crisis.  In one extended situation, he became primary transport and caretaker for an ailing, underserved resident who was threatened with losing his sight.  Jorge cared for the homeless gentleman through numerous surgeries and recovery.  This takes a lot of dedication.

In another emergency situation, he rescued a family's dog that was in dire distress.  Knowing that this pet was considered a family member, he ensured the dog got the needed emergency surgery as quickly as possible, saving her life – and restoring her to her family.

While Jorge may have made mistakes in his previous life, his remorse is tangible. What I have witnessed over the years I have known him is simply a good man.  He now chooses work that fulfills his soul.  This, I believe, is new to him.  He has taken responsibility, learned, and not only turned his life around, but also uses his life to improve other's in the process.  And he does it with a good spirit and generosity of heart.

Jorge made a choice to join a community.  He has joined a neighborhood, a religion, a church and engages daily in giving to help enhance the lives of those around him.  He makes a difference–which few people can honestly say.  And It is significant.  New Orleans is a much better place because of Jorge.  Each person he has encountered has been enriched by the experience - and I am so proud to know him and consider him a friend.

I thank you for the opportunity to write on Jorge Arzuaga's behalf, and I hope you will consider all the good he does as you make decisions.

Sincerely yours,

Sandra L. Stokes

Honorary Judge Pamela Chen

Re: Mr. Jorge Arzuaga

Date: December, 10, 2019

Your Honor,

My name is Sister Claire Edwards, D.C. I have been a Daughter of Charity of St. Vincent de Paul for over 60 years. Since 1633 our international Community has been serving people who are poor and on the margins. My ministries had been in HealthCare Administration until I was assigned almost six years ago to serve in a Vincentian Parish (St. Joseph Church) in New Orleans.

This letter is written to support my friend Jorge Arzuaga. We met about five years ago at St. Joseph Church in New Orleans. He was up high on a ladder painting the portico of the church, and I was coming into the church. He called down to warn me about the ladder. Thus, began our friendship.

In addition to volunteering in the repair and maintenance of the church, he daily assisted in serving the homeless guests of the Rebuild Center adjacent to the church. As I got to know him better I realized that this was a very intelligent and well educated gentleman who was purposely choosing to live a simple life style and striving to serve those who are poor and marginalized.

In many discussions with him about history, social and justice issues and spirituality, I have been gently teased, positively challenged and often educated. When he desired to convert to the Catholic Faith, I was privileged to participate in his preparation. I witnessed his development from an interested questioner (seeker) to a man of faith even in the face of mystery. I believe that he has experienced a major conversion and transformation in his life. When his 3 children come to visit, he makes sure to include them in his volunteer service activities. One example was when he spent several days painting the interior of a house with his 16-year-old daughter, Eleanora.

Since becoming a member of the parish four years ago, he participates fully in the ministries and activities of the Faith Community. His fluency in Spanish has also been a gift to us.

In summary, I believe that Jorge is a good, decent, sensitive, honest man who, by cooperating with the grace of God, has turned his back on his former life style and is now devoted to loving and serving those who are among the less fortunate among us. He is an asset to our faith community, to those in need in our city, and to society. I believe that he has fully repented for his past wrong doing.

Very Sincerely yours,

*Sister Claire Edwards*

Sister Claire Edwards, Daughter of Charity

November 02, 2020

Honorary Judge Pamela Chen

Re.: Jorge Arzuaga

Dear Judge Chen,

The following supplements a letter that I previously signed on May24, 2018. I am writing you to let you know that since then, Mr. Arzuaga continued to attend the Rebuild Center and has volunteered at Lantern Light almost on a daily basis, while also volunteering at St. Joseph's Church and with the Harry Thompson organization.

Through these past years, Jorge kept helping all of us at the kitchen, at our front desk, assisting our social workers with those who do not speak English, and supporting us with several other tasks, including bicycle workshops where our guests repair bikes for their own use in the streets of New Orleans.

Even after the outbreak of the Covid-19 pandemic, Jorge continued to volunteer serving daily meals to those in need of one. Until May of this year when Jorge We all prayed for his recovery and I am pleased to mention that by God's grace Mr. Arzuaga has recovered and is back helping us at lunch time.

I understand that Jorge's upcoming sentence is due shortly and thus, I beg you to take this and my previous letter into consideration at the time of sentencing him. Your leniency and mercy will allow Jorge to continue his good work at our organizations in a city as diverse and in much need for help as New Orleans is.

Thanking you in advance,

Kenitha Grooms Williams, LMSW

Executive Director

May 24, 2018


Honorary Judge Pamela Chen
Re: Mr. Jorge Arzuaga


Dear Judge Chen,

My name is Kenitha Grooms-Williams, LMSW, and I am the Executive Director of Lantern Light, Inc., a non-profit organization that was established in 2005 by the Congregation of Presentation Sisters in North America.  Our agency is one of three non-profits that operate in the Rebuild Center, a day shelter for the homeless, to serve individuals within the Greater New Orleans area.

I met Jorge Arzuaga in 2015 when he came to our organization in search of a volunteer opportunity.  Sr. Vera Butler, the former Director of Lantern Light, provided Jorge with a tour of the Center, introduced him to staff and volunteers, and gladly welcomed him to join in our efforts to care for those in need.  He started volunteering a couple of hours a week with our feeding program and soon started devoting his time on a regular basis.  Not only does he assist Lantern Light in various capacities, but he also helps the staff of the Harry Tompson Center, another agency that operates in the Center, as well as the staff of St. Joseph Catholic Church.

Jorge's assimilation into the City's unique culture has been quite beneficial to many of our guests and his willingness to share his cultural background with others has been just as valuable.  In fact, for the past year or so, Jorge has been conducting Spanish lessons at the Church on a weekly basis for anyone interested in learning the language.  Not only does this enable him to pass on many of the traditions of his culture, but it gives students an opportunity to break many of the barriers that exist among Non-English speaking individuals.  Jorge has been a true asset to our organization in particular, as he has helped us in making sure that our guests who have difficulty with the English language get the resources they need.  There are at least five different guests that I can recall that have been recipients of Jorge's willingness to serve and care for others.  He has assisted some individuals in relocating to other cities and he has made sure that several received vital healthcare.  More importantly, Jorge often serves as that listening ear that many homeless and displaced individuals might need to get through the daily walks of life.

I am proud to say that I have met Jorge Arzuaga and I know that he has surely made a difference, not only at Lantern Light, but throughout the St. Joseph Catholic Church Parish.  It is my belief that he has truly taken the lessons that he has learned from the shortcomings he may have had in his former life and created a world of change for himself and those who he has encountered.  I hope that you will consider the great works that he has been involved with since his time in New Orleans and provide him with the opportunity to continue the path that God has set before him.


Thanking You in Advance,

Kenitha Grooms-Williams, LMSW
Executive Director

5 November 2020

The Honorable Pamela K. Chen
RE: Jorge Luis Arzuaga

Your Honor,

My name is Kate Zachary and I have had the pleasure of knowing Jorge Arzuaga for almost five
years. I have known him almost the entirety of my graduate school career to obtain my doctorate
in clinical psychology, and I am currently in my final semester. As such, I write this letter from
both a personal and professional position. I value the skills I have acquired in evaluating the
character of others and it is with this knowledge that I speak on behalf of Jorge's character. From
what I have observed, since I have known him, Jorge has given every ounce of his time and
energy to helping others. This is exemplified in his loyalty to his church (not just in attendance
but volunteering in providing physical labor and volunteering to teach Spanish classes), to the
countless homeless men and women he has cared for (e.g., providing food, shelter, and even
reuniting them with loved ones), and the agony I have witnessed him living with as he tries each
and every day to make this community better.

Over the course of the past few years Jorge has developed significant sadness and symptoms of
anxiety, and he ███████████████████ in May 2020. I understand the impacts of mental
health on physical health and I have no doubt his health issues were brought on by the pain and
fears of the unknown he lives with everyday regarding his past actions and this current court
case. During the course of my career I have worked professionally with inmates in multiple
correctional facilities in the states of Georgia and Colorado during my clinical training
experiences, affording me the opportunity and skills to understand the impact that these facilities
have on an individual's mental health. I also understand the types of crimes and have evaluated
individuals that are rightfully incarcerated. As someone who is already predisposed with
significant anxiety and sadness, and who I have witnessed add value to this community, Jorge
Arzuaga would not benefit from being in a correctional facility and would likely experience
significant physical and psychological issues as a result. It is both in my personal and
professional opinion that Jorge Arzuaga is not a threat to society, to state, or to this country and
that he has reversely become an asset to his community here. All those who have met him have
witnessed the kindness and generosity he bestows. I ask that you show mercy towards Jorge as
he has been atoning for his past actions for the last five years and he has suffered enough.

When I think about the characteristics of someone who is defined as a "good person", I think
about someone who adds value to society, who exhibits empathy and puts the needs of others
before his own, who never expects kindness in return, who is altruistic, and who shows genuine
remorse and admits to his own faults. This person is Jorge Arzuaga whole heartedly. Further,
over the last several years I have known Jorge, I have seen how supportive he is to others in this
community, especially those suffering with homelessness and that he is available to lend a
helping hand to others even if it means neglecting himself. It is the people who generate acts of
kindness each and every day and who go unnoticed that are the saviors of our communities. All
humans make mistakes, but it is important to look at how these mistakes are overcome and
learned from. Lastly, and on a more personal note, Jorge met my mother about five years ago and

changed my life in the best way I could have imagined. He has become a father figure in my life over the past few years and I am truly grateful for him as he has not only become an asset to his community, but to me and my family as well. Please do not hesitate to contact me for more information, and thank you for taking the time to read this.

Best regards,

*Kate F. Zachary*

*Kate F. Zachary, M.A.*
Doctor of Clinical Psychology, Student
The Chicago School of Professional Psychology,
Washington D.C.
Zacharykate48@gmail.com | (601) 408-8966 (cell)



**RICK SCOTT**
GOVERNOR

December 17, 2018

Dear Red Cross Volunteer:

As Governor, I want to thank you for helping Florida families and businesses impacted by Hurricane Michael.

The damage to the Panhandle is unprecedented, and we are aggressively working to help these communities recover, rebuild and get back on their feet. Your hard work before, during and after this devastating storm helped saved lives and is helping Florida families and businesses get back to normal.

Florida is strong, and while we have made incredible progress, there is much to do. We will never stop working until everyone is back on their feet following Michael. Immediately after the storm made landfall, the State of Florida, along with our federal and local governments, utility providers, volunteers and partners from other states and the business community began a massive and nonstop response effort to save lives, solve problems and position our impacted communities for a successful and quick recovery.

Again, thank you for helping Floridians and helping rebuild our beautiful communities.

Sincerely,

Rick Scott
Governor