SPN:BDM
F.#2015R01828

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

                                                                                                                                  [~~PROPOSED~~] ORDER

           - against -

JORGE ARZUAGA,                                   17 CR 313 (PKC)

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

            WHEREAS, on or about June 15, 2017, JORGE ARZUAGA (the "defendant") was arraigned on the above-captioned Information, and tendered a cash bond in the amount of $250,000 (the "Bond Amount");

            WHEREAS, on or about June 15, 2017, the defendant entered a plea of guilty to the sole count in above-captioned Information, charging a violation of 18 U.S.C. § 1956(h);

            WHEREAS, on or about June 15, 2017, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to 18 U.S.C. § 982(a)(1) imposing a forfeiture money judgment in the amount of one million forty-six thousand dollars and no cents ($1,046,000.00) (the "Forfeiture Money Judgment"); and

            WHEREAS, the defendant has paid or has been credited the sum of $875,492.97 towards his Forfeiture Money Judgment, leaving an unpaid balance of $170,507.03; and

            WHEREAS, on or about November 16, 2020, the defendant was sentenced;

2

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Clerk of the Court shall disburse the Bond Amount as follows:

1. The sum of $100.00 towards satisfaction of the special assessment imposed by the Court in connection with the defendant's sentencing;

2. The sum of $170,507.03 to the United States Marshals Service in order to satisfy the outstanding balance of the Forfeiture Money Judgement; and

3. The remaining funds, including any interest accrued on the Bond Amount, to an escrow account maintained by counsel for the defendant, who shall provide the Clerk of Court with a completed payment form containing account information necessary to facilitate the refund of such remaining funds by ACH transfer.

Dated: Brooklyn, New York
       December 16, 2020

s/Hon. Pamela K. Chen

HONORABLE PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK